IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURT ALLEN BYRON,**<br><br>                              Petitioner,<br><br>v.<br><br>**SUPERIOR COURT OF CALIFORNIA,**<br><br>                              Respondent. | Case No. 1:13-cv-00456-MJS<br><br>**ORDER DENYING MOTION TO STAY**<br><br>**(Doc. 3)** |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 18, 2013, Petitioner filed a motion to stay which argues the merits of his habeas petition, but provides no reason why the matter should be stayed. Accordingly, the motion is hereby DENIED. The matter shall be adjudicated in due course.

IT IS SO ORDERED.

Dated:   March 5, 2014                          /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE

1